IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANNY RILEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. J. GARDNER, et al., )<br>)<br>Defendants. ) | Case No. 3:12-cv-671 |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motions for Discovery filed by Plaintiff, Danny Riley, on January 9, 2013 and January 10, 2013 (Docs. 34 and 35). The Motions are **DENIED AS MOOT**. Plaintiff should serve his discovery requests on Defendant and is not required to file them with the Court. Plaintiff should receive initial disclosures from Defendant which will address some of the requested items. Additional discovery in this matter is stayed, pursuant to the Scheduling Order (Doc. 30) in light of the *Pavey* hearing that will be held on February 28, 2013.

**DATED: January 10, 2013**

**DONALD G. WILKERSON**
**United States Magistrate Judge**