IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANNY RILEY, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　　)<br>v. )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>DR. J. GARDNER, AMBER, and JOHN DOE 1, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　Defendants. ) | Case No. 12-cv-671-GPM-DGW |

**ORDER**

**WILKERSON, Magistrate Judge:**

　　Now pending before the Court are the Motion to Compel (Doc. 52), the Motion for Discovery (Doc. 53), the Motion for Status (Doc. 54), and the Motion to Compel (Doc. 55) filed by Plaintiff, Danny Riley, on April 8 and 12, 2013.  The Motions are **STRICKEN**.  Federal Rule of Civil Procedure 11(a) requires that all motions filed with the Court be signed.  None of these Motions are signed as required by Rule 11(a).  Generally, a motion will not be stricken if the omission is corrected upon bringing the matter to the party's attention.  In this case, however, Plaintiff may not seek discovery until the issue of exhaustion has been decided, which it has not.  Moreover, Defendant Gardner has already indicated the full name of "Amber" and the Court will, as indicated at the hearing held on February 28, 2013, attempt to assist Plaintiff in identifying the John Doe Defendant.  And a Report and Recommendation on the issue of exhaustion will be issued shortly.  Therefore, Plaintiff is not prejudiced by the striking of these Motions.

**DATED: April 15, 2013**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DONALD G. WILKERSON**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**